IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BRYAN AROMAYE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:24-CV-981-L-BW** |
| § | |
| **BRIAN THOMAS MOYNIHAN D/B/A** § | |
| **CHIEF BANK OF AMERICA, N.A.;** § | |
| **DERMOT MCDONOGH D/B/A** § | |
| **BANK OF NEW YORK MELLON** § | |
| **CORPORATION; and ONE MORE** § | |
| **RECOVERY, LLC,**[*] § | |
| § | |
| Defendants. § | |

# ORDER

On July 23, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 17) was entered, recommending that the court dismiss without prejudice pursuant to Federal Rule of Civil Procedure 4(m) Plaintiff's remaining claims against Defendant One More Recovery, LLC, as more than 90 days have passed since this action was filed and removed to federal court, and Plaintiff was previously warned that failure to effect service as to this Defendant and file an executed return of service by March 7, 2025, would result in dismissal without prejudice of Plaintiff's claims against this Defendant. No objections to the Report were filed, and the deadline for filing objections has expired.

Having considered the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the

---

[*] All claims by Plaintiff against Defendants Brian Thomas Moynihan d/b/a Chief Bank of America, NA and Dermot McDonogh d/b/a Bank of New York Mellon Corporation were previously dismissed with prejudice by the court on February 7, 2025. *See* Doc. 15.

**Order – Page 1**

court. Pursuant to Rule 4(m), the court **dismisses without prejudice** Plaintiff's remaining claims against Defendant One More Recovery, LLC.

**It is so ordered** this 19th day of August, 2025.

Sam A. Lindsay
United States District Judge

Order – Page 2